Matter of Beck v Beck (2023 NY Slip Op 01617)

Matter of Beck v Beck

2023 NY Slip Op 01617

Decided on March 24, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 24, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, OGDEN, AND GREENWOOD, JJ.

205 CAF 21-01654

[*1]IN THE MATTER OF SKYE H. BECK, PETITIONER-RESPONDENT,
v
DAVID E. BECK, RESPONDENT-APPELLANT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.

 Appeal from an order of the Family Court, Steuben County (Chauncey J. Watches, J.), entered November 1, 2021 in a proceeding pursuant to Family Court Act article 8. The order, among other things, directed respondent to stay away from petitioner. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Eric D . [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: March 24, 2023
Ann Dillon Flynn
Clerk of the Court